CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 04 2016

JULIA C. DUDLEX, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **QUENTINE RAY REDIFER,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:16-cv-00046** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **ROBERT B. MOUBRAY, et al.,** | ) | **By:    Glen E. Conrad** |
| **Defendant(s).** | ) | **Chief United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This ___4th___ day of March, 2016.

_____
Chief United States District Judge